UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SAIDOU JALLOW,<br><br>Petitioner,<br><br>v.<br><br>ANDRE QUINONES, et al.,<br><br>Respondents. | Case No. 2:26-cv-04323-JHC<br><br>EX PARTE TEMPORARY RESTRAINING ORDER |

## I. ORDER

Petitioner Saidou Jallow has filed a motion for a temporary restraining order ("TRO") seeking his release from federal immigration custody, an injunction against re-detention, and an opportunity to voluntarily depart the United States, or, in the alternative, an order restraining Respondents from transferring him from this district or removing him from the United States while these habeas proceedings are pending. Dkt. 9. Immigration and Customs Enforcement has filed a notice of intent to remove Petitioner from the United States (Dkt. 4), and Petitioner argues that he faces irreparable harm if separated from his family and community. Dkt. 9 at 4–7, 20–21. Petitioner's motion is provisionally GRANTED IN PART.

The Court may grant a TRO to preserve the Court's jurisdiction and to maintain the status quo. *See A.A.R.P. v. Trump*, 605 U.S. 91, 97 (2025) (Federal courts have "the power to issue

injunctive relief to prevent irreparable harm to the applicants and to preserve [] jurisdiction over the matter."). Therefore, Petitioner's request for an injunction against transfer or removal is provisionally granted, pending Respondents' response to the motion. This relief is solely for the purpose of maintaining the status quo so that the assigned District Judge may review the merits of the TRO motion after full briefing when the Court reopens. The Court ORDERS:

1. Respondents (and their officers, employees, agents, or others working on their behalf) are temporarily PROHIBITED from transferring Petitioner from this district or removing Petitioner from the United States pending further order of this Court.
2. Respondents shall file a response to the motion on the timeline set by Local Civil Rule 65(b)(5) unless they seek an extension.
3. This Order will expire no later than Wednesday, November 25, 2026, unless extended or modified by further court order.

Dated this 11th day of November, 2026.

Tiffany M. Cartwright
United States District Judge