UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAIDOU JALLOW,<br><br>Petitioner,<br><br>v.<br><br>ANDRE QUINONES, et al.,<br><br>Respondents. | CASE NO. 2:26-cv-04323-JHC<br><br>ORDER |

Petitioner Saidou Jallow has filed an emergency motion, Dkt. 15, to extend the Court's November 11, 2026, Ex Parte Temporary Restraining Order (the Provisional TRO, Dkt. 10). The Provisional TRO is set to expire "no later than Wednesday, November 25, 2026, unless extended or modified by further court order." Dkt. 10 at 2. Respondents oppose Petitioner's request for a TRO, arguing that Petitioner is lawfully detained under 8 U.S.C. § 1231(a)(6). Dkt. 11.

The Court may grant a TRO to preserve the Court's jurisdiction and to maintain the status quo. *See A.A.R.P. v. Trump*, 605 U.S. 91, 97 (2025) (Federal courts have "the power to issue injunctive relief to prevent irreparable harm to the applicants and to preserve [] jurisdiction over the matter."). Respondents filed their response to the petition on November 23, 2026, and

Petitioner's traverse reply is due on November 30, 2026. Dkts. 2, 12. Because of the foregoing, and considering the upcoming holiday, the Court finds good cause to extend the Provisional TRO pursuant to Federal Rule of Civil Procedure 65(b)(2). The Court therefore GRANTS IN PART Petitioner's emergency motion, Dkt. 15, and ORDERS as follows:

1. Respondents (and their officers, employees, agents, or others working on their behalf) are temporarily PROHIBITED from transferring Petitioner from this district or removing Petitioner from the United States pending further order of this Court.
2. This Order will expire no later than Wednesday, December 9, 2026, unless extended or modified by further court order.
3. Respondents are ORDERED to file, by no later than Monday, November 30, 2026: (1) all documentation referenced in the Declaration of Deportation Officer Christopher Hubbard, Dkt. 14; and (2) the Form I-213 and all other records associated with Petitioner's November 3, 2026 detention.
4. The Court DIRECTS the Clerk to re-note the motion at Dkt. 9 for Wednesday, December 9, 2026.

Dated this 24th day of November, 2026.

John H. Chun
United States District Judge